UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DOMINICK BOLDEN #240860,

        Petitioner,                      Case No. 1:10cv1106

v.                                            Hon. Robert J. Jonker

MARY BERGHUIS, Warden,

        Respondent.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 29, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 29, 2010, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the habeas corpus petition is **DENIED** as barred by the one-year statute of limitations.

**IT IS FURTHER ORDERED** that certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

                                                    /s/Robert J. Jonker
                                                     ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE

DATED: December 22, 2010.